IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 07-MC-0049

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 2007

GREGORY C. LANGHAM
CLERK

(The above miscellaneous action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

ROBERT CHARLES HOPES, JR.,

   Petitioner, named as Plaintiff/Petitioner,

v.

UNITED STATES DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF PRISONS,
R. MADISON,
M. COLLINS, United Manager, and
R. WILEY, et al.,

   Respondents, named as Defendants/Respondents.

---

ORDER DIRECTING CLERK TO COMMENCE MISCELLANEOUS ACTION,
DIRECTING PETITIONER TO CURE DEFICIENCY,
GRANTING MOTION TO PETITION, AND
DIRECTING PETITIONER TO FILE AMENDED PETITION

---

Petitioner Charles Hopes, Jr., named as Plaintiff/Petitioner, has submitted two untitled motions. One motion petitions the Court for an order authorizing Mr. Hopes to take the depositions of Respondents, named as Defendants/Respondents, for a lawsuit he intends to initiate in this Court (motion to petition). The second motion asks the Court for an order directing Respondents to make photocopies of the petition and the complaint he intends to file in this Court (motion for photocopies). Mr. Hopes also has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a letter to the clerk of the Court.

The Court has determined that the documents are deficient as described in this order. Notwithstanding the deficiency, the clerk of the Court will be directed to commence a civil action. Petitioner will be directed to cure the following deficiency if he wishes to pursue his claims by filing a Prisoner's Motion and Affidavit to Proceed Pursuant to 28 U.S.C. § 1915. Any papers that Petitioner files in response to this order must include the miscellaneous action number on this order.

Because Mr. Hopes is proceeding *pro se*, the motion to petition will be construed liberally. **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). Prior to bringing an action, Fed. R. Civ. P. 27 allows a person to petition a court "to perpetuate testimony regarding any matter that may be cognizable in any court of the United States." Fed. R. Civ. P. 27(a)(1). Relief under Rule 27 is available "[i]f the court is satisfied that the perpetuation of the testimony may prevent a failure or delay of justice." Fed. R. Civ. P. 27(a)(3).

Mr. Hopes fails to identify the substance of the testimony he expects to elicit from each Respondent or to specify the subject matter of the lawsuit he plans to file in this Court. Despite this deficiency, the motion petitioning the Court for an order authorizing Mr. Hopes to take the depositions of each named Defendant will be granted at this time, subject to Mr. Hopes' first filing an amended petition which complies with this order. The Court will revisit this ruling once Mr. Hopes files the amended petition.

Rule 27(a)(1) lists five requirements for a properly supported petition. Even construing Mr. Hopes' motion to petition liberally, he has not satisfied all five requirements. Because Mr. Hopes has failed to satisfy the requirements for a properly supported petition, the Court is unable to determine whether Mr. Hopes is entitled to

2

relief under Fed. R. Civ. P. 27(a). However, rather than dismiss this action at this time, Mr. Hopes will be allowed to file an amended petition that conforms to the five requirements of Fed. R. Civ. P. 27(a). The motion asking the Court for an order directing Defendants to make photocopies of the petition and complaint he intends to file in this Court will be denied. Accordingly, it is

ORDERED that the clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that Petitioner cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers that Petitioner files in response to this order must include the civil action number on the order. It is

FURTHER ORDERED that the motion to petition the Court is granted at this time, subject to Mr. Hopes' first filing an amended petition which complies with this order. It is

FURTHER ORDERED that Respondents preserve the information Petitioner seeks. It is

FURTHER ORDERED that the clerk of the Court mail a copy of Petitioner's motion to petition and a copy of this order to Respondents. It is

FURTHER ORDERED that Mr. Hopes file **within thirty days from the date of this order** an amended petition that conforms to the requirements of Fed. R. Civ. P. 27(a). It is

FURTHER ORDERED that the amended petition shall be titled, "Amended Petition Pursuant to Fed. R. Civ. P. 27(a)," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S.

Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589, **within thirty days from the date of this order.** It is

FURTHER ORDERED that, if Mr. Hopes fails to cure the designated deficiency and to file an amended petition that conforms to Fed. R. Civ. P. 27(a) **within thirty days from the date of this order**, this action will be dismissed and the Court will vacate the order granting the petition pursuant to Fed. R. Civ. P. 27. It is

FURTHER ORDERED that Mr. Hopes' motion asking the Court for an order directing Defendants to make photocopies of the petition and complaint he intends to file in this Court is denied.

DATED at Denver, Colorado, this 28th day of June, 2007.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **07-MC-0049**

Robert Charles Hopes, Jr.
Prisoner No. 04249-180
ADX - Florence
PO Box 8500
Florence, CO 81226

Harley G. Lappin, Director, CERTIFIED
Federal Bureau of Prisons
320 1st St., N.W.
Washington, D.C. 20534

Director - CERTIFIED
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530

R. Wiley - Warden
ADX - Florence
PO Box 8500
Florence, CO 81226

R. Madison - Counselor
ADX - Florence
PO Box 8500
Florence, CO 81226

M. Collins - Unit Manager
ADX - Florence
PO Box 8500
Florence, CO 81226


     I hereby certify that I have mailed a copy of the **ORDER and a Petitioner's motion to petition and a copy of this Order to Respondents** to the above-named individuals on 7/3/07 .

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk