IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 07-mc-00049-BNB

ROBERT CHARLES HOPES, JR.,

Petitioner, named as Plaintiff/Petitioner,

v.

UNITED STATES DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF PRISONS,
R. MADISON,
M. COLLINS, United Manager, and
R. WILEY, et al.,

Respondents, named as Defendants/Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 5 2007

GREGORY C. LANGHAM
                    CLERK

## ORDER AND JUDGMENT OF DISMISSAL

Petitioner Charles Hopes, Jr., named as Plaintiff/Petitioner, submitted to the Court *pro se* two untitled motions. One motion petitioned the Court for an order authorizing Mr. Hopes to take the depositions of Respondents, named as Defendants/Respondents, for a lawsuit he intends to initiate in this Court (motion to petition). The second motion asked the Court for an order directing Respondents to make photocopies of the petition and the complaint he intends to file in this Court (motion for photocopies). Mr. Hopes also submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a letter to the clerk of the Court.

Because Mr. Hopes is proceeding *pro se*, the motion to petition was construed liberally. *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d

1106, 1110 (10th Cir. 1991). The Court determined that the motion to petition the Court was deficient. Notwithstanding the deficiency, the clerk of the Court was directed to commence a civil action. Petitioner was directed to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boyd N. Boland on July 3, 2007, ordered Mr. Hopes to file within thirty days an amended petition that complied with Rule 27 of the Federal Rules of Civil Procedure, granted the motion to petition the Court subject to Mr. Hopes first filing an amended petition that complied with the July 3 order, and informed Mr. Hopes that the Court would revisit this ruling once Mr. Hopes filed the amended petition. Magistrate Judge Boland also denied the motion for photocopies. Mr. Hopes has failed within the time allowed to comply with the July 3 order or otherwise to communicate with the Court in any way.

Prior to bringing an action, Fed. R. Civ. P. 27 allows a person to petition a court "to perpetuate testimony regarding any matter that may be cognizable in any court of the United States." Fed. R. Civ. P. 27(a)(1). Relief under Rule 27 is available "[i]f the court is satisfied that the perpetuation of the testimony may prevent a failure or delay of justice." Fed. R. Civ. P. 27(a)(3).

Rule 27(a)(1) lists five requirements for a properly supported petition. Because Mr. Hopes has failed to comply with the requirements of the July 3, 2007, order and to satisfy the requirements for a properly supported petition, the Court is unable to determine whether Mr. Hopes is entitled to relief under Fed. R. Civ. P. 27(a). Therefore, the petition and the action will be dismissed for Mr. Hopes' failure to file an amended petition that conforms to the five requirements of Fed. R. Civ. P. 27(a). The Court will deny as moot the Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915. Accordingly, it is

ORDERED that the amended petition and the action are dismissed without prejudice for Mr. Hope's failure to file an amended petition that conforms to the five requirements of Rule 27(a) of the Federal Rules of Civil Procedure and for Mr. Hope's failure to prosecute. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is denied as moot. It is

FURTHER ORDERED that judgment is entered in favor of Respondents, named as Defendants/Respondents, and against Petitioner, named as Plaintiff/Petitioner.

DATED at Denver, Colorado, this 15 day of Aug., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.

Robert Charles Hopes, Jr.
Prisoner No. 04249-180
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/15/07

GREGORY C. LANGHAM, CLERK

By: _____*Angie*_____
      Deputy Clerk