IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 07-mc-00049-BNB

ROBERT CHARLES HOPES, JR.,

    Petitioner, named as Plaintiff/Petitioner,

v.

UNITED STATES DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF PRISONS,
R. MADISON,
M. COLLINS, United Manager, and
R. WILEY, et al.,

    Respondents, named as Defendants/Respondents.

```
F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 28 2007

GREGORY C. LANGHAM
                CLERK
```

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motion to take the deposition of the named Defendants that Petitioner Robert Charles Hopes, Jr., submitted to and filed with the Court *pro se* on September 27, 2007. This case was dismissed by an order entered on August 15, 2007. This case is closed. Therefore, the motion is DENIED as moot.

Dated: September 28, 2007

Copies of this Minute Order mailed on September 28, 2007, to the following:

Robert C. Hopes, Jr.
Reg. No. 04249-180
ADX - Florence
PO Box 8500
Florence, CO 81226

                                                  Secretary/Deputy Clerk